Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Pauline Attaway

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| PAULINE ATTAWAY,<br><br>  Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>  Defendants. | Case No.: 2:18-CV-00165-MCE-DB<br><br>**ORDER** |

Pursuant to FRCP 41(a)(2) and the stipulation of the Parties, Milestonz Jewelers, LLC is hereby DISMISSED with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 24, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

1
ORDER